# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 24, 2021

Lyle W. Cayce
Clerk

No. 20-30351
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

IVORY BRANDON HARRIS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:06-CR-120-2

Before DAVIS, STEWART, and DENNIS, *Circuit Judges*.

PER CURIAM:*

Ivory Brandon Harris appeals the district court's order denying his motion for resentencing pursuant to Section 404 of the First Step Act of 2018. He asserts that the district court failed to conduct an individualized assessment of the statutory sentencing factors and failed to adequately

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-30351

explain its reasons for denying a sentence reduction. No abuse of discretion has been shown. *See United States v. Batiste*, 980 F.3d 466, 477-79 (5th Cir. 2020). Harris also asserts that the district court's decision was substantively unreasonable. As he now concedes, this question is foreclosed. *See id.* at 479-80. The district court's order is AFFIRMED.